IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARK ANDREW SMITH,

    Plaintiff,

v.      CIVIL ACTION NO.: CV512-021

JERRY POPE; TONY HENDERSON;
LOUISE WHITE; and DR. CELESTINE
STILES,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Reports and Recommendations, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that his medications were denied, just not in the way the Magistrate Judge noted. Plaintiff also asserts that he informed all of the Defendants that he needed to see a back specialist, but they would not allow him to do so.

The Magistrate Judge considered the parties' contentions and the evidence in support of their respective positions. It is evident that Plaintiff is not satisfied with the level of care he received while he was housed at Coffee County Jail. This dissatisfaction is not enough, as a matter of law, to sustain Plaintiff's deliberate indifference claims. Even if Plaintiff's dissatisfaction were enough to sustain a deliberate indifference claim, Plaintiff would still have to point to evidence which creates

AO 72A
(Rev. 8/82)

a genuine dispute as to a fact material to his deliberate indifference claims. As the Magistrate Judge noted, Plaintiff failed to make this showing.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Reports and Recommendations are adopted as the opinion of the Court. The Motions for Summary Judgment filed by Defendants Pope and Henderson and by Defendants White and Stiles are **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 15 day of November, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)